JOHN L. HURLBERT, as Administrator with the Will Annexed of DAVID WRIGHT, Deceased, Respondent, *v.* ERNEST HALLOCK et al., Appellants, and BELLE HALLOCK COLGAN et al., Respondents.

*Hurlbert* v. *Gerow*, 148 App. Div. 378, affirmed.
(Argued May 15, 1913; decided June 3, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 6, 1912, which affirmed a judgment of Special Term construing the will of David Wright, deceased.

*Elton D. Warner* and *John J. Lentz* for appellants.

*John L. Hurlbert* for plaintiff, respondent.

*James L. Weeks* for defendants, respondents.

Judgment affirmed, with costs to all parties payable out of the estate; no opinion.

Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, CHASE, CUDDEBACK, HOGAN and MILLER, JJ.